UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN RE:

JOSEPH MICHAEL CHAVOUS
BONNIE ANN CHAVOUS

　　Debtors

LAKEVIEW LOAN SERVICING, LLC,
　　Movant,

vs.

JOSEPH MICHAEL CHAVOUS
BONNIE ANN CHAVOUS
HUON LE, Trustee
　　Respondents.

: CASE NO: 22-10521-SDB
: CHAPTER: 13
:
:
:
:
:
:
:
:
: CONTESTED MATTER
:
:
:
:
:
:
:
:

## AFFIDAVIT OF DEFAULT UNDER CONSENT ORDER

STATE OF ___Virginia___

COUNTY OF ___Virginia Beach___
CITY ᵇ

　　RE:　　　Loan No. XXXXXX6171

I ___Linda Brown___, a/an ___Assistant Secretary___ of LoanCare, LLC as Attorney in Fact under a Limited Power of Attorney for Lakeview Loan Servicing, LLC, who is over the age of eighteen (18) and having been duly sworn deposes and says the following under oath:

1. This Affidavit relates to a default by the Debtors in the terms of a Consent Order (hereinafter, referred to as the "Order") entered by this Court on **April 18, 2025** with respect to certain real property of the Debtors having an address of **1236 OAKRIDGE PLANTATION ROAD, HEPHZIBAH, GA 30815.**

2. Pursuant to the terms of the Order, the Debtors were required to make certain payments to Movant. Deponent, based on review of the business records during the normal course of business as well as personal knowledge of the Debtor's accounts, finds that the Debtors are delinquent under the terms of said Order.

3.  The amount currently in default under the Order is **$8,233.96**. This figure is comprised of:

| Description | From | To | Amount | Total |
|---|---|---|---|---|
| Missed Payment Group 1 | 06/01/2025 | 06/01/2025 | $988.06 | $988.06 |
| Missed Payment Group 2 | 07/01/2025 | 01/01/2026 | $1,045.54 | $7,318.78 |
| Suspense Balance Credit | | | $-72.88 | $-72.88 |
| Grand Total | | | | $8,233.96 |

_____
Affiant

Linda Brown
_____
Print Name
Lakeview Loan Servicing, LLC by LoanCare, LLC
as attorney in Fact under a Limited Power of
Attorney        Assistant Secretary

Sworn to and subscribed
before me this _____3_____ day
of __FeBRoaRy__, 20 26

_Jacqueline VanDerMiller_

Jacqueline VanDerMiller

Notary Public

JACQUELINE VANDERMILLER
NOTARY PUBLIC
Commonwealth of Virginia
Registration # 7072485
My Commission Expires July 31, 2027

## CERTIFICATE OF SERVICE

I, Anjali Khosla of Rubin Lublin, LLC certify that I caused a copy of the Affidavit of Default Under Consent Order and Proposed Order Modifying Automatic Stay to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Joseph Michael Chavous
1236 Oakridge Plantation Rd.
Hephzibah, GA 30815

Bonnie Ann Chavous
1236 Oakridge Plantation Rd.
Hephzibah, GA 30815

Kathryn Anne Brow Aho, Esq.
Duncan & Brow Augusta P.C.
3574 Riverwatch Parkway
Augusta, GA 30907

Huon Le
P O Box 2127
Augusta, GA 30903

United States Trustee
Office of the U.S. Trustee
33 Bull Street, Suite 400
Savannah, GA 31401

Executed on: 02/13/2026

By: /s/ Anjali Khosla
Anjali Khosla
GA State Bar No. 838077
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
akhosla@rlselaw.com
Attorney for Creditor